THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN DEE, Appellant, *v.* FOSTER L. BACKUS, as District Attorney of the County of Kings, Respondent.

*People ex rel. Dee* v. *Backus,* 11 App. Div. 147, affirmed.
(Submitted June 22, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 2, 1897, which affirmed an order denying a motion for a writ of peremptory mandamus.

*Almet F. Jenks* for appellant.

*Frederick E. Crane* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.

---

GARDNER A. SAGE, JR., *v.* JACOB K. LOCKMAN, as Executor, et al.; In the Matter of the Application of RICHARD F. CARMAN, Respondent; CHARLES H. DANIELS, Appellant.

*Sage* v. *Lockman,* 16 App. Div. 635, affirmed.
(Argued June 22, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1897, which affirmed an order of Special Term confirming the report of a referee and substituting attorneys.

*Nelson Smith* for appellant.

*Charles E. Whitehead* and *Stanley W. Dexter* for respondent.

Order affirmed, with costs ; no opinion.
All concur, except GRAY, J., absent, and HAIGHT, J., not voting.